■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STEPHEN SAMUEL STRICK, Admitted October 6, 1975, at a Term of the Appellate Division, First Department. [767 NYS2d 567] —Motion to have reinstatement effective January

8, 2002 made effective nunc pro tunc to May 6, 1999 denied. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127.]